Baldwin & Baldwin, Andalusia, for appellant.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.

Affirmed.

55 So.2d 926

**Herman LISBY v. STATE.**

**8 Div. 62.**

Court of Appeals of Alabama.

Nov. 27, 1951.

PRICE, Judge.

Affirmed.

56 So.2d 894

**Herman Andrew LISBY v. STATE.**

**8 Div. 41.**

Court of Appeals of Alabama.

Feb. 5, 1952.

C. E. Carmichael, Jr., Tuscumbia, for appellant.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

52 So.2d 888

**Betty LOVE v. STATE.**

**8 Div. 918.**

Court of Appeals of Alabama.

Jan. 23, 1951.

PER CURIAM.

Affirmed.

52 So.2d 889

**Nep McDANIEL, alias McDonald v. STATE.**

**8 Div. 977.**

Court of Appeals of Alabama.

Jan. 23, 1951.

PER CURIAM.

Affirmed.

53 So.2d 895

**Sadie MARINO v. CITY OF BIR-MINGHAM.**

**6 Div. 157.**

Court of Appeals of Alabama.

April 24, 1951.

Rehearing Denied May 15, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

HARWOOD, Judge.

Affirmed.

53 So.2d 895

**Sadie MARINO v. CITY OF BIR-MINGHAM.**

**6 Div. 218.**

Court of Appeals of Alabama.

May 1, 1951.

Rehearing Denied May 29, 1951.

726

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

PRICE, Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So. 2d 761, Certiorari denied 254 Ala. 515, 48 So.2d 768.

52 So.2d 889

**Audrey MEREDITH v. STATE.**
**8 Div. 946.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

52 So.2d 889

**Walter Hubert MORELAND v. STATE.**
**8 Div. 969.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

53 So.2d 895

**William NIXON v. CITY OF BIR-MINGHAM.**
**6 Div. 169.**

Court of Appeals of Alabama.
May 1, 1951.

Rehearing Denied May 29, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

CARR, Presiding Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So. 2d 761; certiorari denied 254 Ala. 515, 48 So.2d 768.

52 So.2d 889

**Burt OLIVER v. STATE.**
**7 Div. 139.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

52 So.2d 889

**Lois POOLE v. STATE.**
**8 Div. 917.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Appeal dismissed.